Magistrate Judge S. Kate Vaughn

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD ROPER, individually and on behalf of all other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN RESIDENTIAL SERVICES L.L.C.; BLUE FLAME HEATING, AIR, ELECTRIC; ARS ACQUISITION HOLDINGS LLC; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.: C26-4350-SKV<br><br>**ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**Note on Motion Calendar: November 16, 2026** |

## I. STIPULATED MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LCR 7(j), Defendants American Residential Services L.L.C., Blue Flame Heating, Air, Electric, and ARS Acquisition Holdings LLC (collectively, "Defendants") and Plaintiff Ronald Roper jointly request that the Court enter an order extending the deadline for Defendants to file a responsive pleading to Plaintiff's Complaint from November 16, 2026, to November 30, 2026. The parties have conferred on and stipulate to this motion.



BUCHALTER LLP
600 UNIVERSITY STREET, SUITE 3100
SEATTLE, WA 98101
TELEPHONE: 206.319.7052

In support of this request, the parties state as follows:

1. On August 20, 2026, Plaintiff filed a Complaint in the Superior Court for the State of Washington in and for the County of Snohomish.

2. On November 9, 2026, Defendants filed a Notice of Removal, removing this action to the United States District Court for the Western District of Washington. (ECF No. 1.)

3. Accordingly, Defendants' current deadline to file a responsive pleading is November 16, 2026. *See* Fed. R. Civ. P. 81.

4. Defendants contend Plaintiff signed an arbitration agreement during his employment with American Residential Services L.L.C. Additional time is needed so that the parties can complete their conferral on this issue. The extension to November 30, 2026, will allow the parties sufficient time to complete their conferral, which will likely impact the type of responsive pleading Defendants file.

5. This motion is made in good faith and not for the purpose of delay.

DATED this 16th day of November, 2026.

BUCHALTER LLP

*s/ Leah Lively*
Leah Lively, WSBA No. 45889
Email: llively@buchalter.com
Kimberly Holdiman, WSBA No. 57044
Email: kholdiman@buchalter.com
600 University Street, Suite 3100
Seattle, WA 98101
Telephone: 206.319.7052

Attorneys for Defendants

LAWYERS FOR JUSTICE, P.C.

*s/ Arman Marukyan (w/ permission)*
Arman Marukyan, WSBA No. 65727
Email: arman@calljustice.com
701 Pike Street, Suite 1650
Seattle, WA 98101
Telephone: (424) 521-5121

Attorneys for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that Defendants' responsive pleading is due on November 30, 2026.

DATED: 11/18/2026

S. Kate Vaughan
Honorable S. Kate Vaughn

Presented By:

BUCHALTER LLP

*s/ Leah Lively*
Leah Lively, WSBA No. 45889
Email: llively@buchalter.com
Kimberly Holdiman, WSBA No. 57044
Email: kholdiman@buchalter.com
600 University Street, Suite 3100
Seattle, WA 98101
Telephone: 206.319.7052

Attorneys for Defendants